UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>      Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE PRISON FOLSOM,<br><br>      Defendant. | No. 2:17-cv-1000 JAM CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed May 19, 2017, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (ECF No. 3.) The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents or paid the fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 29, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:weav1000.fifp